UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
|---|---|
| v. | Crim. No. 00-761 (AET) |
| KEVIN BARNES a/k/a "Darryl Smith" | **UNSEALING ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (John E. Clabby, Assistant United States Attorney, appearing), in the presence of _David Schafer_, Assistant Federal Public Defender, attorney for defendant Kevin Barnes, for an order unsealing the Amended Petition for Warrant or Summons for Offender Under Supervision (June 15, 2011) and the Warrant for Arrest in open court in the presence of defendant on August 31, 2011, for the reasons stated on the record and for good cause shown:

IT IS, therefore, on this 31st day of August 2011,

ORDERED that the Sealing Order previously entered in the above-captioned matter is no longer in effect; and it is further

ORDERED that the Amended Petition for Warrant or Summons for Offender Under Supervision (June 15, 2011) and the Warrant for Arrest, and all related papers, are hereby UNSEALED.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge